IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VASHAUN E. HUMPHREY                              PETITIONER

VS.                  CASE NO. 2:08CV00034 BSM

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                            RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this   19th   day of   May  , 2008.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VASHAUN E. HUMPHREY                                                 PETITIONER

VS.                    CASE NO. 2:08CV00034 BSM

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                        RESPONDENT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE