IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VASHAUN E. HUMPHREY                                                         PETITIONER

VS.                           CASE NO. 2:08CV00034 BSM

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                 RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this ___19th___ day of _____May_____, 2008.


_____
UNITED STATES DISTRICT JUDGE